IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UMIA INSURANCE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MUTUAL INSURANCE COMPANY OF ARIZONA. <br><br> Defendant. | CV 26-20-M-KLD <br><br> ORDER OF RECUSAL |

I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington, Lohn, and Robinson. Accordingly, I ask that this case be reassigned.

DATED this 28th day of January, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge